# United States District Court
## Violation Notice

| | | |
|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. |
| 7218014 | A. Robinson | 180 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 05/11/2019 2136 | 36 CFR 2.35(a)(3) |

Place of Offense: Gulf Islands NS, Ft. Pickens Pier

Offense Description: Factual Basis for Charge

Alcohol Closure Violation

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| LEE | Sonny | Y |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| PKR7536 | GA | 02 | Cadi Esc | | sil |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 75 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ 105 Total Collateral Due

YOUR COURT DATE

X Defendant Signature

## STATEMENT OF PROBABLE CAUSE

I state that on May 11, 2019 while exercising my duties as a law enforcement officer in the Northern District of Florida

see attached

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/11/2019   Andrew Robinson 180

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident